UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION
AT MACON, GEORGIA



MINUTE SHEET
OF COURT PROCEEDINGS

| | | | |
|---|---|---|---|
| Date: | 9/25/2013 | Type of Hearing: | Motion Hearing |
| Judge: | Marc T. Treadwell | Court Reporter: | Tammy Fletcher |
| Courtroom Deputy: | Teri L. Hatcher | Law Clerk: | Ava Conger |
| Courtroom: | A | | |

**Case Number: 5:12-CV-148(MTT)**

| | | | |
|---|---|---|---|
| Antonio Easley | | Counsel: | Charles Jones |
| v. | | | |
| Macon PD, *et al.* | | Counsel: | Duke Groover<br>Carol Underwood |
| Antoine Jordan | | Counsel: | Tom Richardson |

*Disclaimer: Contents of this Minute Sheet are for administrative purposes ONLY and are NOT meant as a substitution for the official court record. Attorneys should contact the court reporter and order a transcript if there are any questions as to the contents herein.*

**Court time for JS10/MJSTAR:** 15 minutes

9:28 am   Preliminary remarks by the Court. Discussion with Mr. Groover and Mr. Jones regarding issues. The Court will enter an order granting the motion for summary judgment by Defendants Burns, City of Macon, and Macon Police Department. The Court will issue a pretrial notice regarding the remaining defendant.

9:43 am   Matter concluded.