IN THE UNITED STATES DISTRICT COURT COUNTY
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTONIO EASLEY,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF MACON and OFFICER<br>ANTOINNE JORDAN<br><br>    Defendants. | Civil Action No. 5:12-cv-148 |

## STIPULATION OF DISMISSAL

COME NOW all parties of this action, by and through their respective attorneys of record, and pursuant to Federal Rules of civil Procedure 41(a)(1)(ii), and hereby stipulate and agree that plaintiff's claim has been settled in full between the parties, and the Court is hereby requested to dismiss plaintiff's complaint with prejudice to the plaintiff.

Respectfully submitted, this 28th day of February 2014.

Consented to by:

*Counsel for Plaintiff:*

/s/Charles B. Jones
**CHARLES B. JONES**
**Attorney for Plaintiff**
**Georgia Bar No.: 398204**
Jones and Oliver, PC
102 Peachtree Street
Fort Valley, GA  31030
Telephone:   (478) 822-9962
Fax:              (478) 822-9968

*Counsel for Defendants:*

 /s/ Thomsas F. Richardson
**THOMAS F. RICHARDSON**
**Attorney for Defendants**
**Georgia Bar No.: 604325**
**Chambless, Higdon, Richardson**
**Katz & Griggs, LLP**
P.O. Box 246
Macon, Georgia  31202-0246
Telephone:    (478) 745-1181
Fax:              (478) 746-9479

 /s/ J. Travis Hall
**J. TRAVIS HALL**
**Attorney for Defendants**
**Georgia Bar No.: 357464**
**Chambless, Higdon, Richardson**
**Katz & Griggs, LLP**
P.O. Box 246
Macon, Georgia  31202-0246
Telephone:    (478) 745-1181
Fax:              (478) 746-9479